UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GLEASON,<br><br>Plaintiff,<br><br>v.<br><br>JEFF LYNCH, et al.,<br><br>Defendants. | No. 2:20-cv-01971-TLN-EFB<br><br>**ORDER** |

Plaintiff Stanley Gleason ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 18, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 17.) Plaintiff did not file timely objections to the findings and recommendations. On April 14, 2021, the Court adopted the findings and recommendations and dismissed the First Amended Complaint without further leave to amend. (ECF No. 18.) The case was accordingly closed.

On April 23, 2021, Plaintiff's belated objections to the findings and recommendations were filed. (ECF No. 20.) In an abundance of caution, the Court will reconsider the April 14, 2021 Order adopting the findings and recommendations in light of Plaintiff's objections. *See* Fed. R. Civ. P. 59(e) and 60(b).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case, including Plaintiff's objections to the findings and recommendations of the magistrate judge. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that the April 14, 2021 Order (ECF No. 18) adopting in full the findings and recommendations and dismissing the First Amended Complaint without further leave to amend is CONFIRMED.

IT IS SO ORDERED. DATED: May 20, 2021

Troy L. Nunley
United States District Judge